IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMMY EARL GIPSON, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 3:06-CV-1132-K |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent § | |

## ORDER

After reviewing all relevant matters in this case, including the Findings, Conclusions and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Petitioner's Objections to the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on July 21, 2008, are **OVERRULED.**

SO ORDERED.

SIGNED this 25th day of July, 2008.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE